UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHELDON MILLER, on Behalf of Himself and All : ECF CASE
Others Similarly Situated,                   : Civil Action No.: 08 CIV 3756
                                             :
            Plaintiff,                     :
                                             : <u>CLASS ACTION</u>
    vs.                                      :
                                             :
CALAMOS GLOBAL DYNAMIC INCOME                : **NOTICE OF MOTION TO ADMIT**
FUND, WACHOVIA CAPITAL MARKETS, LLC          : **COUNSEL *PRO HAC VICE***
and CITIGROUP GLOBAL MARKETS INC.,           :
                                             :
            Defendants.                    :
------------------------------------------------------------x

        PLEASE TAKE NOTICE THAT, upon the Affidavit of Robert J. Ward and the proposed order herein, the undersigned will move this Court before the Honorable Alvin K. Hellerstein, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York, a date and time to be specified by the Court, for an Order admitting Kenneth E. Rechtoris to appear in the above-captioned action *pro hac vice* on behalf of Defendant Calamos Global Dynamic Income Fund.

Dated: May 16, 2008

New York, New York

                              SCHULTE ROTH & ZABEL LLP

                              By: _____
                                  Robert J. Ward

                              919 Third Avenue
                              New York, New York 10022
                              robert.ward@srz.com
                              (212) 756-2000 (telephone)
                              (212) 593-5955 (facsimile)

                              *Attorneys for Defendant Calamos Global*
                              *Dynamic Income Fund*

TO:    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

    Attention:    Samuel H. Rudman, Esq.
                     David A. Rosenfeld, Esq.


COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    Attention:    Darren J. Robbins, Esq.
                     David C. Walton, Esq.


ABRAHAM FRUCHTER & TWERSKY LLP
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
(212) 279-5050

    Attention:    Jack G. Fruchter, Esq.
                     Jeffrey S. Abraham, Esq.


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

    Attention:    Susanna M. Buergel, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
| | |
|---|---|
| SHELDON MILLER, on Behalf of Himself and All Others Similarly Situated, | : ECF CASE<br>: Civil Action No.: 08 CIV 3756 |
| Plaintiff, | : <br>: <u>CLASS ACTION</u> |
| vs. | : |
| CALAMOS GLOBAL DYNAMIC INCOME FUND, WACHOVIA CAPITAL MARKETS, LLC and CITIGROUP GLOBAL MARKETS INC., | : **MOTION TO ADMIT COUNSEL**<br>: ***PRO HAC VICE*** |
| Defendants. | : |

-------------------------------------------------------------------x

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert J. Ward, a member in good standing of the bar of the Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Kenneth E. Rechtoris
> Bell, Boyd & Lloyd LLP
> 70 W. Madison Street, Suite 3100
> Chicago, IL 60602-4207
> Phone: (312) 807-4210
> Email: KRechtoris@bellboyd.com

Kenneth E. Rechtoris is a member in good standing of the bar of the state of Illinois. There are no pending disciplinary proceedings against Kenneth E. Rechtoris in any State or Federal Court.

Dated: May 16, 2008

New York, New York

                                      SCHULTE ROTH & ZABEL LLP

By: /s/ Robert J. Ward
Robert J. Ward

919 Third Avenue
New York, New York 10022
robert.ward@srz.com
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

*Attorneys for Defendant* CALAMOS
GLOBAL DYNAMIC INCOME FUND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| SHELDON MILLER, on Behalf of Himself and All Others Similarly Situated, | ECF CASE <br> Civil Action No.: 08 CIV 3756 |
| Plaintiff, | |
| vs. | CLASS ACTION |
| CALAMOS GLOBAL DYNAMIC INCOME FUND, WACHOVIA CAPITAL MARKETS, LLC and CITIGROUP GLOBAL MARKETS INC., | **AFFIDAVIT OF ROBERT J. WARD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| Defendants. | |

------------------------------------------------------------------x

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Robert J. Ward, being duly sworn, hereby deposes and says as follows:

1. I am a member of the firm of Schulte Roth & Zabel LLP, counsel for Defendant Calamos Global Dynamic Income Fund ("Calamos") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set further herein and in support of the Calamos Defendant's motion to admit Kenneth E. Rechtoris as counsel *pro hac vice* to represent the Calamos Defendant in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law in 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kenneth E. Rechtoris for over 15 years.

4. Mr. Rechtoris is an attorney at Bell, Boyd & Lloyd LLP, 70 W. Madison Street, Suite 3100, Chicago, IL 60602-4207.

5. I have found Mr. Rechtoris to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Kenneth E. Rechtoris, *pro hac vice*.

7. In support of this motion, I submit a Certificate of Good Standing of Kenneth E. Rechtoris, which is attached as Exhibit A.

8. I respectfully submit a proposed order granting the admission of Kenneth E. Rechtoris, *pro hac vice*, which is attached as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Kenneth E. Rechtoris, *pro hac vice*, to represent the Calamos Defendant in the above captioned matter, be granted.

Dated: May 16, 2008
New York, New York

Respectfully submitted,

*Robert J. Ward*
Robert J. Ward

Sworn to before me
the 16th day of May, 2008

_____
NOTARY PUBLIC

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Kenneth Edward Rechtoris

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 1985 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, April 29, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SHELDON MILLER, on Behalf of Himself and All   :   ECF CASE
Others Similarly Situated,                     :   Civil Action No.: 08 CIV 3756
                                               :
               Plaintiff,                    :   <u>CLASS ACTION</u>
                                               :
    vs.                                        :
                                               :
CALAMOS GLOBAL DYNAMIC INCOME                  :   **ORDER FOR ADMISSION *PRO HAC***
FUND, WACHOVIA CAPITAL MARKETS, LLC            :   ***VICE* ON WRITTEN MOTION**
and CITIGROUP GLOBAL MARKETS INC.,             :
                                               :
               Defendants.                   :
------------------------------------------------------------------x

      Upon the motion of Robert J. Ward, attorney for Defendant Calamos Global Dynamic Income Fund in the above captioned action, and said sponsor attorney's affidavit of support:

IT IS HEREBY ORDERED that

      Kenneth E. Rechtoris
      Bell, Boyd & Lloyd LLP
      70 W. Madison Street, Suite 3100
      Chicago, IL 60602-4207
      Phone: (312) 807-4210
      Email: KRechtoris@bellboyd.com

is admitted to practice *pro hac vice* as counsel for Defendant Calamos Global Dynamic Income Fund in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:

New York, New York

_____
United States District Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHELDON MILLER, on Behalf of Himself and All     :   Civil Action No.: 08 CIV 3756
Others Similarly Situated,                                              :
                                                                                        :
                                     Plaintiff,                            :
                                                                                        :
                         vs.                                                      :   AFFIDAVIT OF SERVICE
                                                                                        :   BY FEDERAL EXPRESS
CALAMOS GLOBAL DYNAMIC INCOME           :
FUND, WACHOVIA CAPITAL MARKET, LLC   :
And CITIGROUP GLOBAL MARKETS INC.,       :
                                                                                        :
                                     Defendants.                       :
------------------------------------------------------------------X

STATE OF NEW YORK       )
                                              )   ss.:
COUNTY OF NEW YORK   )

       JEANETTE ARIOLA, being duly sworn, deposes and states:

       I am not a party to this proceeding, am over 18 years of age and employed by Schulte Roth & Zabel LLP.

       On May 19, 2008, deponent served the Notice of Motion to Admit Counsel Pro Hac Vice, Motion to Admit Counsel Pro Hac Vice and Affidavit of Robert J. Ward in Support of Motion to Admit Counsel Pro Hac Vice, upon the following at the addresses designated for that purpose:

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, New York 17747

Darren J. Robbins, Esq.
David C. Walton, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Jack G. Fruchter, Esq.
Jeffrey S. Abraham, Esq.
Abraham Fruchter & Twersky LLP
One Pennsylvania Plaza, Suite 2805
New York, NY 10119

Susanna M. Buergel, Esq.
Paul, Weiss, Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

        Said service was made by delivering true copies of said documents enclosed in post-paid Federal Express envelopes, properly addressed to the above-named to Federal Express for overnight delivery.

_____
JEANETTE ARIOLA

Sworn to before me this
19th day of May, 2008.

_____
Notary Public
MARCELLA J. RICHARDSON
Notary Public, State of New York
No. 01RI5063036
Qualified in Queens County
Certificate Filed in New York County
Commission Expires July 15, 2010