USDC SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #: _____
DATE FILED: 5/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHELDON MILLER, on Behalf of Himself and All   :   ECF CASE
Others Similarly Situated,                                         :   Civil Action No.: 08 CIV 3756
                                                                              :
                  Plaintiff,                                              :   <u>CLASS ACTION</u>
                                                                              :
      vs.                                                          :
                                                                              :
CALAMOS GLOBAL DYNAMIC INCOME        :   **ORDER FOR ADMISSION *PRO HAC***
FUND, WACHOVIA CAPITAL MARKETS, LLC :   ***VICE* ON WRITTEN MOTION**
and CITIGROUP GLOBAL MARKETS INC.,       :
                                                                              :
                  Defendants.                                       :
------------------------------------------------------------x

Upon the motion of Robert J. Ward, attorney for Defendant Calamos Global Dynamic Income Fund in the above captioned action, and said sponsor attorney's affidavit of support:

IT IS HEREBY ORDERED that

Kenneth E. Rechtoris
Bell, Boyd & Lloyd LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602-4207
Phone: (312) 807-4210
Email: KRechtoris@bellboyd.com

is admitted to practice *pro hac vice* as counsel for Defendant Calamos Global Dynamic Income Fund in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:

New York, New York

5/22/08

*[signature]*
United States District Judge