


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDON MILLER, on Behalf of Himself and All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>                     v.<br><br>CALAMOS GLOBAL DYNAMIC INCOME FUND, WACHOVIA CAPITAL MARKETS, LLC, and CITIGROUP GLOBAL MARKETS INC.,<br><br>                     Defendants. | Case No. 08-cv-3756 (AKH) (THK)<br><br>JUDGE ALVIN K. HELLERSTEIN<br><br>**STIPULATION AND** ~~**[PROPOSED]**~~ **ORDER** |

        WHEREAS, the complaint in the above-captioned action is governed by the provisions of the Private Securities Litigation Reform Act ("PSLRA");

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

        (a)    Schulte Roth & Zabel LLP is authorized to accept on behalf of defendant Calamos Global Dynamic Income Fund ("Calamos") and Paul, Weiss, Rifkind, Wharton & Garrison LLP is authorized to accept on behalf of defendants Wachovia Capital Markets, LLC ("Wachovia") and Citigroup Global Markets Inc. ("CGMI"), and they hereby do accept, service of the summons and complaint in this action without prejudice;

        (b)    Calamos, Wachovia and CGMI hereby do not waive any defenses, objections or arguments except as to sufficiency of service of process;

        (c)    Calamos, Wachovia and CGMI shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the complaint in the above-captioned action;

(d) plaintiff shall have 60 days from the entry of the order pursuant to the PSLRA appointing Lead Plaintiff(s) and Lead Counsel to file a consolidated amended complaint (the "Complaint");

(e) Calamos, Wachovia and CGMI's last day to move, answer or otherwise respond shall be extended to and including the date 60 days after the filing of the Complaint;

(f) in the event Calamos, Wachovia or CGMI moves to dismiss the Complaint:

1. plaintiff shall have 60 days from the date such motion is served to serve opposition papers; and

2. Calamos, Wachovia and CGMI shall have 30 days from the date opposition papers are served by plaintiff to serve reply papers.

Dated: May 19, 2008
New York, New York

SCHULTE ROTH & ZABEL LLP

By: /s/ Robert Ward
Robert Ward
919 Third Avenue
New York, New York 10022
Tel.: (212) 756-2000
Fax: (212) 593-5955
robert.ward@srz.com

*Attorneys for Defendant Calamos Global Dynamic Income Fund*

2

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Brad S. Karp
Brad S. Karp
Susanna M. Buergel
1285 Avenue of the Americas
New York, New York 10019-6064
Tel. (212) 373-3000
Fax (212) 757-3980
bkarp@paulweiss.com
sbuergel@paulweiss.com

Charles E. Davidow
1615 L Street, N.W., Suite 1300
Washington, D.C. 20036-5694
Tel. (202) 223-7300
Fax (202) 223-7420
cdavidow@paulweiss.com

*Attorneys for Defendants Wachovia Capital Markets, LLC and Citigroup Global Markets Inc.*

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP

By: _____
Samuel H. Rudman
David A. Rosenfeld
Mario Alba
58 South Service Road
Suite 200
Melville, New York 11747
Tel.: (631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
drosenfeld@csgrr.com
malba@csgrr.com

Darren J. Robbins
David C. Walton
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel. (619) 231-1058
Fax (619) 231-7423
drobbins@csgrr.com
dwalton@csgrr.com

*Attorneys for Plaintiff*

SO ORDERED _____
U.S.D.J.
5/23/08

4