UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON MILLER, on Behalf of Himself and All
Others Similarly Situated,

                    Plaintiff,

          v.

CALAMOS GLOBAL DYNAMIC INCOME FUND,
WACHOVIA CAPITAL MARKETS, LLC, and
CITIGROUP GLOBAL MARKETS INC.,

                 Defendants.

Case No. 08-cv-3756 (AKH) (THK)

JUDGE ALVIN K. HELLERSTEIN

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind,

Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants

Wachovia Capital Markets, LLC and Citigroup Global Markets Inc.

Dated: June 13, 2008
New York, New York

                    PAUL, WEISS, RIFKIND, WHARTON &
                    GARRISON LLP

                    By:_____/s/ Brad S. Karp_____

                    Brad S. Karp
                    1285 Avenue of the Americas
                    New York, New York  10019-6064
                    Tel.    (212) 373-3000
                    Fax    (212) 757-3980
                    bkarp@paulweiss.com

                    *Attorneys for Defendants Wachovia Capital Markets,*
                    *LLC and Citigroup Global Markets Inc.*