UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDON MILLER, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>CALAMOS GLOBAL DYNAMIC INCOME FUND, WACHOVIA CAPITAL MARKETS, LLC, and CITIGROUP GLOBAL MARKETS INC.,<br><br>                    Defendants. | Case No. 08-cv-3756 (AKH) (THK)<br><br>JUDGE ALVIN K. HELLERSTEIN<br><br>**NOTICE OF APPEARANCE** |

        Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Wachovia Capital Markets, LLC and Citigroup Global Markets Inc.

Dated: June 13, 2008
Washington, D.C.

                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                    By:   /s/ Charles E. Davidow

                                    Charles E. Davidow
                                    1615 L Street, N.W.
                                    Washington, D.C. 20036-5694
                                    Tel.   (202) 223-7300
                                    Fax   (202) 223-7420
                                    cdavidow@paulweiss.com

                                    *Attorneys for Defendants Wachovia Capital Markets, LLC and Citigroup Global Markets Inc.*