UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHELDON MILLER, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>CALAMOS GLOBAL DYNAMIC INCOME FUND, WACHOVIA CAPITAL MARKETS, LLC, and CITIGROUP GLOBAL MARKETS INC.,<br><br>                    Defendants. | Case No. 08-cv-3756 (AKH) (THK)<br><br>JUDGE ALVIN K. HELLERSTEIN<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Wachovia Capital Markets, LLC and Citigroup Global Markets Inc.

Dated: June 13, 2008
New York, New York

                                        PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP

                                        By:   /s/ Susanna M. Buergel

                                        Susanna M. Buergel
                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        Tel.   (212) 373-3000
                                        Fax   (212) 757-3980
                                        sbuergell@paulweiss.com

                                        *Attorneys for Defendants Wachovia Capital Markets,*
                                        *LLC and Citigroup Global Markets Inc.*