UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDON MILLER, on Behalf of Himself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>CALAMOS GLOBAL DYNAMIC INCOME FUND, WACHOVIA CAPITAL MARKETS, LLC, and CITIGROUP GLOBAL MARKETS INC.,<br><br>     Defendants. | Case No. 08-cv-3756 (AKH) (THK)<br><br>JUDGE ALVIN K. HELLERSTEIN<br><br>**CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant Citigroup Global Markets Inc. ("CGMI") states that CGMI is an indirect, wholly-owned subsidiary of Citigroup Global Markets Holdings Inc., which is a wholly-owned subsidiary of Citigroup Inc.

Dated: June 13, 2008
New York, New York

                PAUL, WEISS, RIFKIND, WHARTON &
                GARRISON LLP

                By: /s/ Brad S. Karp

                Brad S. Karp
                Susanna M. Buergel
                1285 Avenue of the Americas
                New York, New York 10019-6064
                Tel. (212) 373-3000
                Fax (212) 757-3980
                bkarp@paulweiss.com
                sbuergel@paulweiss.com

Charles E. Davidow
1615 L Street, N.W.
Washington, D.C. 20036-5694
Tel.   (202) 223-7300
Fax    (202) 223-7420
cdavidow@paulweiss.com

*Attorneys for Defendant Citigroup Global Markets Inc.*