UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDON MILLER, on Behalf of Himself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>CALAMOS GLOBAL DYNAMIC INCOME FUND, WACHOVIA CAPITAL MARKETS, LLC, and CITIGROUP GLOBAL MARKETS INC.,<br><br>     Defendants. | Case No. 08-cv-3756 (AKH) (THK)<br><br>JUDGE ALVIN K. HELLERSTEIN<br><br>**<u>CORPORATE DISCLOSURE STATEMENT</u>** |

    Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant Wachovia Capital Markets, LLC states that Wachovia Capital Markets, LLC is a wholly owned subsidiary of the EVEREN Capital Corporation, which, in turn, is a wholly owned subsidiary of A.G. Edwards, Inc., which, in turn, is a wholly owned subsidiary of Wachovia Corporation.

Dated: June 13, 2008
New York, New York

              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

              By:_____/s/ Brad S. Karp_____

              Brad S. Karp
              Susanna M. Buergel
              1285 Avenue of the Americas
              New York, New York  10019-6064
              Tel. (212) 373-3000
              Fax (212) 757-3980
              bkarp@paulweiss.com
              sbuergel@paulweiss.com

Charles E. Davidow
1615 L Street, N.W.
Washington, D.C. 20036-5694
Tel.   (202) 223-7300
Fax   (202) 223-7420
cdavidow@paulweiss.com

*Attorneys for Defendant Wachovia Capital Markets, LLC*