UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHELDON MILLER, on Behalf of Himself and All : ECF CASE
Others Similarly Situated, : Civil Action No.: 08 CIV 3756
:
           Plaintiff, :
: <u>CLASS ACTION</u>
    vs. :
:
CALAMOS GLOBAL DYNAMIC INCOME :
FUND, WACHOVIA CAPITAL MARKETS, LLC :
and CITIGROUP GLOBAL MARKETS INC., : **NOTICE OF MOTION TO ADMIT**
: **COUNSEL** ***PRO HAC VICE***
           Defendants. :
------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT, upon the Affidavit of Robert J. Ward and the proposed order herein, the undersigned will move this Court before the Honorable Alvin K. Hellerstein, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York, a date and time to be specified by the Court, for an Order admitting Jeffrey T. Petersen to appear in the above-captioned action *pro hac vice* on behalf of Defendant Calamos Global Dynamic Income Fund.

Dated: June 20, 2008

New York, New York

                              SCHULTE ROTH & ZABEL LLP

                              By: _/s/ Robert J. Ward_____
                                   Robert J. Ward

                              919 Third Avenue
                              New York, New York 10022
                              robert.ward@srz.com
                              (212) 756-2000 (telephone)
                              (212) 593-5955 (facsimile)

                              *Attorneys for Defendant Calamos Global*
                              *Dynamic Income Fund*

TO:    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

    Attention:    Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    Attention:    Darren J. Robbins, Esq.
David C. Walton, Esq.

ABRAHAM FRUCHTER & TWERSKY LLP
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
(212) 279-5050

    Attention:    Jack G. Fruchter, Esq.
Jeffrey S. Abraham, Esq.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

    Attention:    Susanna M. Buergel, Esq.
Brad S. Karp, Esq.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1615 L Street, N.W.
Washington, D.C. 20036-5694

    Attention:    Charles E. Davidow, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDON MILLER, on Behalf of Himself and all Others Similarly Situated,<br><br>        Plaintiff,<br>  -against-<br><br>CALAMOS GLOBAL DYNAMIC INCOME FUND, WACHOVIA CAPITAL MARKETS, LLC, and CITIGROUP GLOBAL MARKETS INC.,<br><br>        Defendants. | ECF Case<br>Civil Action Number:<br>08 CIV 3756<br><br>**AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS** |

State of New York )
        ) ss:
County of New York )

  Sonja Johnson, being duly sworn, deposes and says:

  I am not a party to this action, am over the age of eighteen, and reside in Queens County New York. On June 20, 2008, I served true and correct copies of a Notice of Motion to Admit Counsel *Pro Hac Vice*, Motion to Admit Counsel *Pro Hac Vice*, and an Affidavit of Robert J. Ward in Support of Motion to Admit Counsel *Pro Hac Vice*, by Federal Express upon:

    Coughlin Stoia Geller Rudman & Robbins LLP
    58 South Service Road, Suite 200
    Melville, NY 11747
    (631) 367-7100
    Attn: Samuel H. Rudman, Esq.
       David A. Rosenfeld, Esq.

    Coughlin Stoia Geller Rudman & Robbins LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    (619) 231-1058
    Attn: Darren J. Robbins, Esq.
    Attn: David C. Walton, Esq.

    Abraham Fruchter & Twersky LLP
    One Pennsylvania Plaza, Suite 2805
    New York, NY 10119
    (212) 279-5050
    Attn: Jack G. Fruchter, Esq.
       Jeffrey S. Abraham, Esq.

Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Attn:   Susanna M. Buergal, Esq.
        Brad S. Karp, Esq.

Paul Weiss Rifkind Wharton & Garrison LLP
1615 L Street, N.W.
Washington, D.C. 20036-5694
Attn:   Charles E. Davidow, Esq.

_____
SONJA JOHNSON

Sworn to before me
On this the 20th day of June, 2008

_____
NOTARY PUBLIC

MARCELLA J. RICHARDSON
Notary Public, State of New York
No. 01RI5063036
Qualified in Queens County
Certificate Filed in New York County
Commission Expires July 15, 2010

10683622.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHELDON MILLER, on Behalf of Himself and All : ECF CASE
Others Similarly Situated, : Civil Action No.: 08 CIV 3756
:
               Plaintiff, :
: CLASS ACTION
:
   vs. :
:
CALAMOS GLOBAL DYNAMIC INCOME : **MOTION TO ADMIT COUNSEL**
FUND, WACHOVIA CAPITAL MARKETS, LLC : ***PRO HAC VICE***
and CITIGROUP GLOBAL MARKETS INC., :
:
             Defendants. :
------------------------------------------------------------x

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert J. Ward, a member in good standing of the bar of the Court, hereby move for an Order allowing the admission *pro hac vice* of:

Jeffrey T. Petersen
Bell, Boyd & Lloyd LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602-4207
Phone: (312) 807-4297
Email: JPetersen@bellboyd.com

Jeffrey T. Petersen is a member in good standing of the bar of the states of Illinois and California. There are no pending disciplinary proceedings against Jeffrey T. Petersen in any State or Federal Court.

Dated: June 20, 2008

New York, New York

SCHULTE ROTH & ZABEL LLP

By: /s/ Robert J. Ward
Robert J. Ward

919 Third Avenue
New York, New York 10022
robert.ward@srz.com
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

*Attorneys for Defendant* CALAMOS GLOBAL DYNAMIC INCOME FUND

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                              )
SHELDON MILLER, on Behalf of Himself and all  )    ECF Case
Others Similarly Situated,                    )    Civil Action Number:
                             Plaintiff,       )    08 CIV 3756
        -against-                             )
                                              )    **AFFIDAVIT OF**
CALAMOS GLOBAL DYNAMIC INCOME                 )    **SERVICE BY**
FUND, WACHOVIA CAPITAL MARKETS,LLC,           )    **FEDERAL EXPRESS**
and CITIGROUP GLOBAL MARKETS INC.,            )
                                              )
                             Defendants.      )
_____)

State of New York    )
                     ) ss:
County of New York   )

    Sonja Johnson, being duly sworn, deposes and says:

    I am not a party to this action, am over the age of eighteen, and reside in Queens County New York. On June 20, 2008, I served true and correct copies of a Notice of Motion to Admit Counsel *Pro Hac Vice*, Motion to Admit Counsel *Pro Hac Vice*, and an Affidavit of Robert J. Ward in Support of Motion to Admit Counsel *Pro Hac Vice*, by Federal Express upon:

    Coughlin Stoia Geller Rudman & Robbins LLP
    58 South Service Road, Suite 200
    Melville, NY 11747
    (631) 367-7100
    Attn:  Samuel H. Rudman, Esq.
           David A. Rosenfeld, Esq.

    Coughlin Stoia Geller Rudman & Robbins LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    (619) 231-1058
    Attn:  Darren J. Robbins, Esq.
    Attn:  David C. Walton, Esq.

    Abraham Fruchter & Twersky LLP
    One Pennsylvania Plaza, Suite 2805
    New York, NY 10119
    (212) 279-5050
    Attn:  Jack G. Fruchter, Esq.
           Jeffrey S. Abraham, Esq.

10683622.2

Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Attn:   Susanna M. Buergal, Esq.
        Brad S. Karp, Esq.

Paul Weiss Rifkind Wharton & Garrison LLP
1615 L Street, N.W.
Washington, D.C. 20036-5694
Attn:   Charles E. Davidow, Esq.

_____
SONJA JOHNSON

Sworn to before me
On this the 20 th day of June, 2008

_____
NOTARY PUBLIC

MARCELLA J RICHARDSON
Notary Public, State of New York
No. 01RI5063036
Qualified in Queens County
Certificate Filed in New York County
Commission Expires July 15, 2010

10683622.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHELDON MILLER, on Behalf of Himself and All : ECF CASE
Others Similarly Situated, : Civil Action No.: 08 CIV 3756
:
             Plaintiff, :
: <u>CLASS ACTION</u>
   vs. :
CALAMOS GLOBAL DYNAMIC INCOME :
FUND, WACHOVIA CAPITAL MARKETS, LLC : **AFFIDAVIT OF ROBERT J. WARD IN**
and CITIGROUP GLOBAL MARKETS INC., : **SUPPORT OF MOTION TO ADMIT**
: **COUNSEL *PRO HAC VICE***
             Defendants. :
------------------------------------------------------------x

STATE OF NEW YORK     )
                                   ) ss.:
COUNTY OF NEW YORK  )

Robert J. Ward, being duly sworn, hereby deposes and says as follows:

1. I am a member of the firm of Schulte Roth & Zabel LLP, counsel for Defendant Calamos Global Dynamic Income Fund ("Calamos") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set further herein and in support of the Calamos Defendant's motion to admit Jeffrey T. Petersen as counsel *pro hac vice* to represent the Calamos Defendant in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law in 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Petersen is an attorney at Bell, Boyd & Lloyd LLP, 70 W. Madison Street, Suite 3100, Chicago, IL 60602-4207.

4. I have found Mr. Petersen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Jeffrey T. Petersen, *pro hac vice*.

6. In support of this motion, I submit a Certificate of Good Standing of Jeffrey T. Petersen from the Illinois Bar, which is attached as Exhibit A.

7. In support of this motion, I submit a Certificate of Good Standing of Jeffrey T. Petersen from the California Bar, which is attached as Exhibit B.

8. I respectfully submit a proposed order granting the admission of Jeffrey T. Petersen, *pro hac vice*, which is attached as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit Jeffrey T. Petersen, *pro hac vice*, to represent the Calamos Defendant in the above captioned matter, be granted.

Respectfully submitted,

/s/ Robert J. Ward
Robert J. Ward

Sworn to before me
the 20th day of June, 2008

_____
NOTARY PUBLIC

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jeffrey Thomas Petersen

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 24, 2001 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, June 12, 2008.

*Juleann Hornyak*

Clerk

**THE STATE BAR**
**OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639    TELEPHONE: 888-800-3400

June 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY THOMAS PETERSEN, #212925 was admitted to the practice of law in this state by the Supreme Court of California on May 26, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Director of Administration

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHELDON MILLER, on Behalf of Himself and All : ECF CASE
Others Similarly Situated, : Civil Action No.: 08 CIV 3756
:
                Plaintiff, :
: <u>CLASS ACTION</u>
    vs. :
:
CALAMOS GLOBAL DYNAMIC INCOME :
FUND, WACHOVIA CAPITAL MARKETS, LLC : **ORDER FOR ADMISSION *PRO HAC***
and CITIGROUP GLOBAL MARKETS INC., : ***VICE* ON WRITTEN MOTION**
:
                Defendants. :
------------------------------------------------------------x

      Upon the motion of Robert J. Ward, attorney for Defendant Calamos Global Dynamic Income Fund in the above captioned action, and said sponsor attorney's affidavit of support:

      IT IS HEREBY ORDERED that

      Jeffrey T. Petersen
      Bell, Boyd & Lloyd LLP
      70 W. Madison Street, Suite 3100
      Chicago, IL 60602-4207
      Phone: (312) 807-4297
      Email: JPetersen@bellboyd.com

is admitted to practice *pro hac vice* as counsel for Defendant Calamos Global Dynamic Income Fund in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:

New York, New York

_____<br>United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON MILLER, on Behalf of Himself and all ) ECF Case
Others Similarly Situated, ) Civil Action Number:
                                        Plaintiff, ) 08 CIV 3756
         -against- )
) **AFFIDAVIT OF**
CALAMOS GLOBAL DYNAMIC INCOME ) **SERVICE BY**
FUND, WACHOVIA CAPITAL MARKETS, LLC, ) **FEDERAL EXPRESS**
and CITIGROUP GLOBAL MARKETS INC., )
)
                                    Defendants. )
)

State of New York    )
                           ) ss:
County of New York )

       Sonja Johnson, being duly sworn, deposes and says:

       I am not a party to this action, am over the age of eighteen, and reside in Queens County New York. On June 20, 2008, I served true and correct copies of a Notice of Motion to Admit Counsel *Pro Hac Vice*, Motion to Admit Counsel *Pro Hac Vice*, and an Affidavit of Robert J. Ward in Support of Motion to Admit Counsel *Pro Hac Vice*, by Federal Express upon:

       Coughlin Stoia Geller Rudman & Robbins LLP
       58 South Service Road, Suite 200
       Melville, NY 11747
       (631) 367-7100
       Attn:  Samuel H. Rudman, Esq.
                 David A. Rosenfeld, Esq.

       Coughlin Stoia Geller Rudman & Robbins LLP
       655 West Broadway, Suite 1900
       San Diego, CA 92101
       (619) 231-1058
       Attn:  Darren J. Robbins, Esq.
       Attn:  David C. Walton, Esq.

       Abraham Fruchter & Twersky LLP
       One Pennsylvania Plaza, Suite 2805
       New York, NY 10119
       (212) 279-5050
       Attn:  Jack G. Fruchter, Esq.
                 Jeffrey S. Abraham, Esq.

10683622.2

   Paul Weiss Rifkind Wharton & Garrison LLP
   1285 Avenue of the Americas
   New York, NY 10019
   (212) 373-3000
   Attn: Susanna M. Buergal, Esq.
      Brad S. Karp, Esq.

   Paul Weiss Rifkind Wharton & Garrison LLP
   1615 L Street, N.W.
   Washington, D.C. 20036-5694
   Attn: Charles E. Davidow, Esq.

               SONJA JOHNSON

Sworn to before me
On this the 20 th day of June, 2008

_Marcella J. Richardson_
NOTARY PUBLIC

   MARCELLA J. RICHARDSON
  Notary Public, State of New York
    No. 01RI5063036
   Qualified in Queens County
  Certificate Filed in New York County
  Commission Expires July 15, 2010

10683622.2