


# Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2166

Writer's E-mail Address
robert.ward@srz.com

July 9, 2008

**By Facsimile**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Miller v. Calamos Global Dynamic Income Fund, et al.*, No. 08-cv-3756 (AKH) (THK)

Dear Judge Hellerstein:

    We represent Defendant Calamos Global Dynamic Income Fund ("Calamos") in the above-referenced action. Pursuant to your Honor's Individual Practice Rules, we respectfully write to request an adjournment until September 19, 2008 of the conference currently scheduled in this matter for July 18, 2008. There has been no prior request for an adjournment in this matter, and all parties have consented to the request.

    As your Honor will recall, on May 23, 2008, a Stipulation and Order was entered, *inter alia*, giving plaintiff 60 days from the appointment of Lead Counsel and Lead Plaintiff(s) to file a consolidated amended complaint, and providing defendants with 60 days from the date of filing to answer, move or otherwise respond thereto. To date, plaintiff has not filed a consolidated amended complaint and, therefore, we respectfully submit that a conference at this time would be premature. We request that the currently-scheduled conference be adjourned until September 19, 2008, at which time we believe the parties may be in a better position to more meaningfully discuss the status of the action with the Court.

Respectfully submitted,

*Robert Ward*

Robert J. Ward

---

Handwritten note from Judge:
*The conf. is cancelled. At the time of answer or motion to the part shall stipulate to either a briefing schedule or a schedule leading to a certification. 7-9-08*
/s/ Hellerstein

Hon. Alvin K. Hellerstein
July 9, 2008
Page 2

cc: Susanna M. Buergel, Esq.
    Samuel H. Rudman, Esq.