UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHELDON MILLER,
on behalf of himself and all others similarly situated,

      Plaintiff,

-v.-

CALAMOS GLOBAL DYNAMIC INCOME
FUND, WACHOVIA CAPITAL MARKETS
LLC, and CITIGROUP GLOBAL MARKETS,
INC.,

      Defendants.

---

ECF CASE

Case No. 08 C 3756 (AKH) (THK)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned, of the law firm Bell, Boyd & Lloyd LLP, is hereby entering an appearance as counsel of record for defendant Calamos Global Dynamic Income Fund.

Dated:   September 2, 2008
           Chicago, Illinois

BELL, BOYD & LLOYD LLP

By:    /s/ Jeffrey T. Petersen
    Jeffrey T. Petersen
    70 W. Madison St., #3100
    Chicago, IL 60602
    Phone: (312) 372-1121
    Fax: (312) 827-2494
    Email: jpetersen@bellboyd.com

*One of the attorneys for defendant
Calamos Global Dynamic Income Fund*

Robert J. Ward
919 Third Avenue
New York, New York 10022
Phone: (212) 756-2000
Fax: (212) 593-5955
Email: robert.ward@srz.com

To:    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, New York 11747

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
Darren J. Robbins
David C. Walton
655 W. Broadway, Suite 1900
San Diego, California 92101

ABRAHAM FRUCHTER & TWERSKY LLP
Jack G. Fruchter
Jeffrey S. Abraham
One Pennsylvania Plaza, Suite 2805
New York, New York 10119

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Brad S. Karp
Charles E. Davidow
Susanna M. Buergel
1285 Avenue of the Americas
New York, New York 10019-6064