**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------

SHELDON MILLER,
on behalf of himself and all others similarly situated,

       Plaintiff,

    -v.-

CALAMOS GLOBAL DYNAMIC INCOME
FUND, WACHOVIA CAPITAL MARKETS
LLC, and CITIGROUP GLOBAL MARKETS,
INC.,

       Defendants.

----------------------------------------------------------------

ECF CASE

Case No. 08 C 3756 (AKH) (THK)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion of Defendant Calamos Global Dynamic Income Fund to Dismiss the Complaint and the accompanying Affirmation of Robert J. Ward, dated September 2, 2008, the undersigned will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on the 26th day of September 2008, or as soon thereafter as counsel may be heard, for an Order dismissing the Complaint as to Calamos Global Dynamic Income Fund pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:    New York, New York        SCHULTE ROTH & ZABEL LLP
          September 2, 2008


                                   By:   /s/ Robert J. Ward
                                      Robert J. Ward
                                      919 Third Avenue
                                      New York, New York 10022
                                      Phone: (212) 756-2000
                                      Fax: (212) 593-5955
                                      Email: robert.ward@srz.com

                                      *One of the attorneys for defendant*
                                      *Calamos Global Dynamic Income Fund*

BELL, BOYD & LLOYD LLP
John W. Rotunno
Kenneth E. Rechtoris
Jeffrey T. Petersen
70 W. Madison Street, Suite 3100
Chicago, Illinois 60602
Phone:  (312) 372-1121
Fax: (312) 827-8000
Email:  jrotunno@bellboyd.com
        krechtoris@bellboyd.com
        jpetersen@bellboyd.com

To:     COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
        Samuel H. Rudman
        David A. Rosenfeld
        58 South Service Road, Suite 200
        Melville, New York 11747

        COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
        Darren J. Robbins
        David C. Walton
        655 W. Broadway, Suite 1900
        San Diego, California 92101

        ABRAHAM FRUCHTER & TWERSKY LLP
        Jack G. Fruchter
        Jeffrey S. Abraham
        One Pennsylvania Plaza, Suite 2805
        New York, New York 10119

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
        Brad S. Karp
        Charles E. Davidow
        Susanna M. Buergel
        1285 Avenue of the Americas
        New York, New York 10019-6064