UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHELDON MILLER,
on behalf of himself and all others similarly situated,   :   ECF CASE
                                                          :
                    Plaintiff,                            :   Case No. 08 C 3756
                                                          :
        -v.-                                              :
                                                          :   AFFIDAVIT OF SERVICE
CALAMOS GLOBAL DYNAMIC INCOME                             :     BY FEDERAL EXPRESS
FUND, WACHOVIA CAPITAL MARKETS                            :
LLC, and CITIGROUP GLOBAL MARKETS,                        :
INC.,                                                     :
                                                          :
                    Defendants.                           :
------------------------------------------------------------------X
STATE OF NEW YORK         )
                          )  ss.:
COUNTY OF NEW YORK        )

        JEANETTE ARIOLA, being duly sworn, deposes and states:

        I am not a party to this proceeding, am over 18 years of age and employed by Schulte Roth & Zabel LLP.

        On September 2, 2008, deponent served the Notice of Motion, Memorandum of Law in Support of Motion of Defendant Calamos Global Dynamic Income Fund to Dismiss the Complaint and Affirmation of Robert J. Ward in Support of Motion of Defendant Calamos Global Dynamic Income Fund to Dismiss the Complaint upon the following at the address designated for that purpose:

        Darren J. Robbins, Esq.
        Coughlin Stoia Geller Rudman & Robbins LLP
        655 West Broadway, Suite 1900
        San Diego, CA  92101

        Said service was made by delivering true copies of said documents, enclosed in a post-paid Federal Express envelope, properly addressed to the above-named to Federal Express for overnight delivery..

        _____
        JEANETTE ARIOLA

Sworn to before me this
2nd day of September, 2008.

_____
Notary Public

10742397.1

MARCELLA J. RICHARDSON
Notary Public, State of New York
No. 01RI5063036
Qualified in Queens County
Certificate Filed in New York County
Commission Expires July 15, 2010