UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHELDON MILLER,                                              :
on behalf of himself and all others similarly situated,      :    ECF CASE
                                                             :
                    Plaintiff,                               :    Case No. 08 C 3756
                                                             :
            -v.-                                             :
                                                             :
CALAMOS GLOBAL DYNAMIC INCOME                                :    AFFIDAVIT OF SERVICE
FUND, WACHOVIA CAPITAL MARKETS                               :
LLC, and CITIGROUP GLOBAL MARKETS,                           :
INC.,                                                        :
                                                             :
                    Defendants.                              :
------------------------------------------------------------------X
STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

        MARCELLA RICHARDSON, being duly sworn, deposes and states:

        I am not a party to this proceeding, am over 18 years of age and employed by Schulte Roth & Zabel LLP.

        On September 2, 2008, deponent served the Notice of Motion, Memorandum of Law in Support of Motion of Defendant Calamos Global Dynamic Income Fund to Dismiss the Complaint and Affirmation of Robert J. Ward in Support of Motion of Defendant Calamos Global Dynamic Income Fund to Dismiss the Complaint, by hand, upon the following:

| | |
|---|---|
| Coughlin Stoia Geller Rudman & Robbins LLP | Brad S. Karp, Esq. |
| 52 Duane Street, 7th Floor | Charles E. Davidow, Esq. |
| New York, New York 10007 | Susanna M. Buergel, Esq. |
| | Paul, Weiss, Rifkind, Wharton |
| | & Garrison LLP |
| | 1285 Avenue of the Americas |
| | New York, New York 10019-6064 |

        By personally delivering and leaving the same with persons of suitable age and discretion at those offices.

                                     *Marcella Richardson*
                                     MARCELLA RICHARDSON

Sworn to before me this
2nd day of September, 2008.

_____
    Notary Public

10742397.1
JEANETTE ARIOLA
Notary Public, State of New York
No. 01AR4798015
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 31, 2009