


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SHELDON MILLER,
on behalf of himself and all others similarly situated,

    Plaintiff,

-v.-

CALAMOS GLOBAL DYNAMIC INCOME
FUND, WACHOVIA CAPITAL MARKETS,
LLC, and CITIGROUP GLOBAL MARKETS
INC.,

    Defendants.

---

Case No. 08-cv-3756 (AKH) (THK)

**STIPULATION OF**
**VOLUNTARY DISMISSAL**
**PURSUANT TO FRCP 41(a)**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Sheldon Miller, and defendants Calamos Global Dynamic Income Fund, Wachovia Capital Markets, LLC, and Citigroup Global Markets Inc., by their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

(a)    This action is dismissed;

(b)    Such dismissal shall be with prejudice as to the named plaintiff, Sheldon Miller;

(c)    Each party shall bear its own costs with respect to this action.

Date: September 16, 2008

Respectfully submitted,

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP

By: /s/ Samuel H. Rudman

Samuel H. Rudman
David A. Rosenfeld
Mario Alba
58 South Service Road, Suite 200
Melville, New York 11747
Phone: (631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
drosenfeld@csgrr.com
malba@csgrr.com

Darren J. Robbins
David C. Walton
655 West Broadway, Suite 1900
San Diego, California 92101
Phone: (619) 231-1058
Fax: (619) 231-7423
drobbins@csgrr.com
dwalton@csgrr.com

*Attorneys for Plaintiff*

SCHULTE ROTH & ZABEL LLP

By: _____
Robert J. Ward
919 Third Avenue
New York, New York 10022
Phone: (212) 756-2000
Fax: (212) 593-5955
robert.ward@srz.com

John W. Rotunno
Kenneth E. Rechtoris
Jeffrey T. Petersen
Bell, Boyd & Lloyd LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Phone: (312) 372-1121
Fax: (312) 827-8000
jrotunno@bellboyd.com
krechtoris@bellboyd.com
jpetersen@bellboyd.com

*Attorneys for Defendant Calamos Global Dynamic Income Fund*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
Brad S. Karp
Susanna M. Buergel
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3980
bkarp@paulweiss.com
sbuergel@paulweiss.com

Charles E. Davidow
1615 L Street, N.W., Suite 1300
Washington, D.C. 20036-5694
Phone: (202) 223-7300
Fax: (202) 223-7420
cdavidow@paulweiss.com

*Attorneys for Defendants Wachovia
Capital Markets, LLC and Citigroup
Global Markets Inc.*

So ordered
9/19/08
[signature]